KATHERINE FEDON, Appellant, *v.* CONTINENTAL CASUALTY COMPANY, Respondent.

Argued April 3, 1950; decided April 13, 1950.

*Walter E. Dillon* for appellant.
*Andrew Eckel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.